**Main Brooklyn Office**
1602 McDonald Avenue, Brooklyn, NY 11230

# TURTURRO LAW, P.C.

**Phone:** (718) 384-2323 ● **Fax:** (718) 384-2555 ● **E-Mail:** natraj@turturrolawpc.com ● www.turturrolawpc.com

Matthew J. Turturro, Esq. (Managing Partner)
*Natraj S. Bhushan, Esq. (Partner)
Paulina Bellantonio, Esq. (Associate)
Anthony A. Nozzolillo, Esq. (Of Counsel)
*Admitted in NY and NJ*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**December 10, 2020**

*Via ECF*

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The application is GRANTED.  The initial pre-trial conference ("IPTC") is hereby adjourned from December 17, 2020, at 10:30 A.M. to **January 14, 2021, at 10:30 A.M.**  The parties shall call (888) 363-4749 and use Access Code 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed at that time. The materials for the IPTC as listed in Dkt. No. 12 shall be filed by **January 7, 2021**.

SO ORDERED.          Dated: December 11, 2020          New York, New York

**RE: Kastriot Haxhani, et al.  v. Elsayed III Corp., et al; DOCKET NO. 20-cv-8247 (LGS)**
**Request to Adjourn the December 17, 2020 status conference**

Dear Judge Schofield,

The undersigned  is counsel to the Plaintiffs in this matter. I write pursuant to your Honor's Individual Rules of Practice Part I.B.2., to request an *on consent* adjournment of the conference presently scheduled for December 17, 2020 at 2:30pm. ECF Doc. No. 12.

In short, the undersigned has recently effectuated service on all but one defendant (including receipt of one waiver from one defendant),  which afford these parties additional time beyond the date of the presently scheduled conference to retain an attorney (or attorneys) and file an appearance, answer, or otherwise respond to the summons with complaint that each was served with. These parties were given a copy of your Honor's order and Individual Rules of Practice ans consented to the application being made. So as to ensure a meaningful initial conference after an appearance from defendants' counsel has been docketed, it is respectfully requested that the presently scheduled December 17, 2020 conference be adjourned to a date in late January 2021 or thereafter.

This is the first request for the relief sought herein.

Respectfully submitted,
TURTURRO LAW, P.C.
By: Natraj S Bhushan

1