UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KASTRIOT HAXHANI, et al.,
                    Plaintiffs,

              -against-

ELSAYED III CORP., et al.,
                    Defendants.
------------------------------------------------------------X

20 Civ. 8247 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated December 11, 2020 (Dkt. No. 14), required the parties to file a proposed case management plan and joint letter by January 7, 2021;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

**ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **January 11, 2021, at noon**.

Dated: January 8, 2021
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE