UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
KASTRIOT HAXHANI, et al.,                                 :
                                      Plaintiffs,         :
                                                          :        20 Civ. 8247 (LGS)
                          -against-                       :
                                                          :              ORDER
ELSAYED III CORP, et al.,                                 :
                                      Defendants. :
---------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 11, 2021 (Dkt. No. 17), required the parties to file a proposed case management plan and joint letter by February 4, 2021;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.  It is hereby

**ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **February 8, 2021, at noon**.

Dated: February 5, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE