**TURTURRO LAW, P.C.**

**Main Brooklyn Office**
1602 McDonald Avenue, Brooklyn, NY 11230

**Phone:** (718) 384-2323 ● **Fax:** (718) 384-2555 ● **E-Mail:** natraj@turturrolawpc.com ● www.turturrolawpc.com

Matthew J. Turturro, Esq. (Managing Partner)
*Natraj S. Bhushan, Esq. (Partner)
Paulina Bellantonio, Esq. (Associate)
Anthony A. Nozzolillo, Esq. (Of Counsel)
*Admitted in NY and NJ

March 22, 2021

*Via ECF*
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: Kastriot Haxhani, et al. v. Elsayed III Corp., et al; DOCKET NO. 20-cv-8247 (LGS)**
**Letter Motion Requesting One Day Enlargement to File Case Management Plan**

Dear Judge Schofield,

The undersigned is counsel to the Plaintiffs in this matter. I write *on consent* of all parties to inform the Court that after an exhaustive post-mediation attempt at settlement, which took place over the balance of the entire day and well into this late evening, the parties were unable to reach a final settlement. Accordingly, the parties hereby request a 24-hour enlargement to file the case management plan presently due today, March 22, 2021 so as to be due on March 23, 2021.

This is the first request for the relief sought herein.

Respectfully submitted,
**TURTURRO LAW, P.C.**
By: Natraj S Bhushan

To (via ECF): Joseph H. Harris, counsel for defendants

The application is **GRANTED**. The materials for the initial conference, comprising a letter and CMP, shall be filed by **March 23, 2021**.

SO ORDERED.

Dated: March 23, 2021
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**